AO 106 (Rev. 06/09) Application for a Search Warrant

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES NEW MEXICO
DEC 16 2019
@ 11:20 AM.
MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A white 2006 Chevrolet Trailblazer SUV bearing Texas license plate DDB3224; VIN: 1GNET16SX66140887. The Subject Vehicle is registered to Marc Curtis BRAMMER.

Case No. 19MR1577

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is incorporated herein

located in the State and District of New Mexico, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, which is incorporated herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 1203(a) | Conspiracy to Hostage Take |
| 8 USC 1324 (a)(1)(A)(v)(I) | Conspiracy to Harbor Illegal Aliens |

The application is based on these facts:
See attached affidavit, which is incorporated herein

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: __________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Rene Robles, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 16 Dec 2019

[signature]
*Judge's signature*

City and state: Las Cruces, New Mexico

Gregory B. Wormuth, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF PROPERTY TO BE SEARCHED**

The SUBJECT VEHICLE to be searched is more particularly described as white 2006 Chevrolet trailblazer SUV bearing Texas License plate DDB3224 and VIN 1GNET16SX66140887. The SUBJECT VEHICLE is registered to Marc Curtis BRAMMER. The registered owner address is listed as 1221 Southwestern Dr., El Paso, Texas 79912. The SUBJECT VEHICLE has a black front bumper/grill guard.

**SUBJECT VEHICLE**
**Chevrolet Trailblazer SUV bearing Texas License Plate DDB 3224**
**(1 of 2)**





RR

**SUBJECT VEHICLE**
**Chevrolet Trailblazer SUV bearing Texas License Plate DDB 3224**
**(2 of 2)**



GBW RR

## ATTACHMENT B

## ITEMS TO BE SEIZED

There is now being concealed certain property on the SUBJECT VEHICLE to be searched, as described in ATTACHMENT A, namely, evidence of, fruits from and instrumentalities used in the commission of the violations of federal law that are set forth in the AFFIDAVIT, including but not limited to the following:

1. Any weapons to include firearms and knives, and any BB guns/pellet guns.

2. Ledgers, notebooks, notes, memoranda, diaries and papers containing information concerning the smuggling, transporting or distribution of human smuggling.

3. Books, notes, receipts, ledgers, invoices, contracts, bank statements and records (foreign and domestic), money drafts, letters of credit, money orders and cashier checks, passbooks, bank checks, lease agreements, loan records, diaries, travel itineraries, transportation boarding passes/tickets, cash receipts and disbursement journals, documents or keys relating to safety deposit boxes, automobile titles, bills of sale, lien information, money transfer receipts, Western Union receipts and other items that pertain to or evidence the hostage taking, smuggling, transporting of aliens or the obtaining, secreting, transferring or concealing of assets, expenditures of money or other financial transactions.

4. Address lists, telephone books or other papers reflecting names, addresses or telephone numbers.

5. Indicia of ownership of the SUBJECT VEHICLE described in the AFFIDAVIT, including but not limited to license plate registration, proof of insurance, maintenance records, and other documents.

6. Keys belonging to or evidencing the existence or usage of any locker, storage facility, vehicle or other property.

7. Any cellular telephones, digital tablets, personal digital assistant (PDA) devices, laptop computers or other communication devices.



8. Bills, notes, contracts or other documents reflecting the ownership, subscription information or use of one or more telephones.
9. Valid or false identification documents, including drivers' licenses, immigration documents/visas, lawful permanent resident cards, social security cards, state identification cards and foreign identification documents.

10. United States currency, currency counting machines, precious metals, jewelry, financial instruments including stocks and bonds, and all other items of value, and all sales receipts for items of value, that evidence the proceeds from the smuggling, transporting or distribution of human smuggling and/or hostage taking.



# AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations (HSI)assigned to the Santa Teresa Human Smuggling/Human Trafficking Group. As a Special Agent, I am empowered by Title 8, Section United States Code to effect arrests, searches, and seizures for violations of the federal immigration laws, among others. I have conducted investigations related to immigration laws violations since 2008 and have specialized in investigations involving human smuggling. I have received specialized training on the subject of human smuggling and human trafficking and have been personally involved in investigations concerning the subject matter.

2. During employment with the HSI, I participated in investigations into alien smuggling. I have participated in numerous aspects of alien smuggling investigations including physical surveillance, execution of search and arrest warrants, undercover operations, analysis of phone and financial records, and the arrest of hostage takers, alien smugglers, and drug smugglers. I have interviewed numerous defendants, and other witnesses having extensive knowledge of the *modus operandi* of major alien smuggling organizations (ASO), including those operating internationally. I have also spoken on numerous occasions with other experienced alien smuggling and hostage taking investigators, concerning the methods and practices of such violators. Furthermore, I have attended training courses specialized in alien smuggling. Through these investigations, training, experience, and conversations with other law enforcement personnel, I have become familiar with the methods alien smugglers





conspire to take hostage, transport, conceal, harbor, or to shield from detection, undocumented aliens (UDAs).

3. I know, based upon my training and experience, as well as information relayed to me during the course of my official duties, that members of alien smuggling organizations routinely use wire, electronic, and application communication facilities, including cellular telephones, WhatsApp, Messenger, Facebook, other electronic means, to communicate operational directives and information concerning the conduct of the organization's illegal activities to other organization members. I also know that individuals who deal in alien smuggling commonly maintain contact information, such as telephone numbers, for their business associates in their electronic devices, including cellphones.

4. During the course of my duties I have found that alien smuggling organizations often utilize ledgers to keep track of how many aliens they smuggle. I have also interviewed alien smugglers who worked for different alien smuggling organizations, yet they utilized the same stash houses and transport vehicles. As a result, alien smugglers need to keep track of which alien smuggling organization the aliens belong to utilizing ledgers.

5. Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included details of every aspect or each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for a search of the SUBJECT VEHICLE. I make this Affidavit based on personal knowledge and on the basis of information received from other law enforcement officers and/or agents. Based upon my training, experience, and participation in this and other investigations, I have reason to believe that there will be evidence of alien smuggling and/or hostage taking activity inside the SUBJECT VEHICLE.





**PROPERTY TO BE SEARCHED**

6. This Affidavit is made in support of an application for a warrant to search a white 2006 Chevrolet Trailblazer SUV, bearing Texas plate DDB3224 and vin 1GNET16SX66140887 (SUBJECT VEHICLE) for evidence of and property used in violations of 18 U.S.C. § 1203 (a), which prohibits a person from, intentionally and knowingly conspire to seize or detain and threaten to kill, injure, or to continue to detain another person in order to compel a third person to do an act as an explicit or implicit condition of release of the person(s) detained and 8 U.S.C. § 1324 (a)(1)(A)(v)(I), which prohibits a person from, engaging in a conspiracy to harbor, transport, move or attempt to harbor or transport aliens within the United States by means of transportation or otherwise for the purpose of commercial advantage or private financial gain. The SUBJECT VEHICLE is more particularly described in Attachment A.

**PROBABLE CAUSE**

7. On October 6, 2019, Sunland Park Police Department (SPPD) requested assistance from HSI regarding a kidnapping of two women from Cuba. HSI Special Agents responded to assist and determined that the two females were UDAs from Cuba who were smuggled into the United States and held against their will in Sunland Park, New Mexico.

8. During interviews with the two UDAs on October 6, 2019, it was discovered that Willie ESPINOZA, and other co-conspirators, held them against their will in Sunland Park, New Mexico while requesting ransom from family members of the UDAs in Florida. The two UDAs also stated that ESPINOZA had a firearm tucked in his waistband during their time at his residence.





9. On October 8, 2019, a Federal arrest warrant was issued in the District of New Mexico for Willie ESPINOZA (ESPINOZA) for Conspiracy to Smuggle Aliens. On or about October 19, 2019, ESPINOZA also committed an armed robbery and aggravated assault in Sunland Park, New Mexico and was being investigated by the SPPD.

10. On October 22, 2019, SPPD encountered ESPINOZA and attempted to approach him. ESPINOZA fled from SPPD and led them on vehicle chase in the SUBJECT VEHICLE, followed by a foot chase. During the vehicle chase, ESPINOZA nearly collided with members of the public, as well as SPPD officers in their Government vehicles. ESPINOZA abandoned the SUBJECT VEHICLE and managed to evade SPPD. The SUBJECT VEHICLE was impounded by SPPD and stored on SPPD property. The SUBJECT VEHICLE was not claimed by the registered owner. SPPD therefore turned the SUBJECT VEHICLE over to Interstate Towing for storage in their Sunland Park impound lot. The Interstate Towing impound lot is considered to be secure as it is fenced/gated, has cameras, and lighting. It is also Interstate Towing practice not to search the vehicles until they are considered forfeited and prior to transporting them to the auction. The SUBJECT VEHICLE currently remains at the Interstate Towing impound.

11. On October 22, 2019, Willie ESPINOZA was arrested in El Paso, Texas for Conspiracy to Smuggle Aliens by HSI. On October 31, 2019, ESPINOZA was once again initialed on an amended complaint for Conspiracy to Hostage Take in Las Cruces, New Mexico.

12. On November 1, 2019, Judith CLOUSER was arrested for this Conspiracy to Hostage Take by HSI. During an interview of CLOUSER on November 20, 2019, she stated that the SUBJECT VEHICLE was purchased by the ASO to facilitate the transporting and smuggling of UDAs.





RR

13. During an interview of ESPINOZA on December 5, 2019, he admitted to having a BB gun in his possession during the time the two Cuban females were held hostage at his house. ESPINOZA further stated that he left the BB gun inside the SUBJECT VEHICLE when he fled from SPPD on October 22, 2019.

**CONCLUSION**

14. Based on the foregoing, there is probable cause to believe that there is evidence of, and property used in committing violations of 18 U.SC. § 1203(a) and 8 U.S.C. § 1324 (a)(1)(A)(v)(I), within the SUBJECT VEHICLE.

15. Accordingly, I respectfully request that this Court issue a warrant authorizing a search of the SUBJECT VEHICLE, which is described with particularity in Attachment A, for the items described in Attachment B.

Special Agent Rene Robles
Homeland Security Investigations

Subscribed and sworn to before me
this 16th day of December 2019.

United States Magistrate Judge